NATIONAL BANK OF NORTH HUDSON, Appellant, v. ROBERT H. KENNEDY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

VERA BYERLEY LINDO, Respondent, v. ATLANTIC HOTEL SUPPLY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOHN WARD, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX I. SIMCHOWITZ, Appellant, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, LIMITED, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL FARER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HELEN JAHR and ALEXANDER H. JAHR, Respondents, v. GRANADA AMUSEMENT CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SOUND PICTURES FINANCE CORPORATION and GEORGE H. EGGLESTON, Appellants, v. TIFFANY PRODUCTIONS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SCHLUTER & CO., INC., Appellant, v. WALTER S. BERMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. HICKEY, Appellant, v. THOMAS J. WATERS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE BANK OF UNITED STATES, by JOSEPH BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. WILBUR VEITCH, Appellant, Respondent, and SAMUEL C. LAMPORT, Sought to Be Impleaded as a Defendant, Respondent, Appellant.— Order affirmed, without costs, with leave to the defendant Wilbur Veitch to plead anew within ten days from service of order upon payment of the ten dollars costs awarded at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES N. MARI, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.